Granted.
*s/Benita Y. Pearson* on 5/26/2017
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL CORREA GOMEZ, | ) | Case No. 4:17-CV-13 |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | **PLAINTIFF'S UNOPPOSED MOTION** |
| IRON CITY WOOD PRODUCTS, INC., | ) | **FOR LEAVE TO FILE JOINT** |
| | ) | **MOTION FOR APPROVAL AND** |
| Defendant. | ) | **JOINT STIPULATION OF** |
| | ) | **SETTLEMENT AND RELEASE** |
| | ) | **UNDER SEAL** |

Pursuant to Local Rule 5.2, Plaintiff Rafael Correa Gomez ("Plaintiff") respectfully moves this Court for an Order allowing the parties to file under seal their Joint Motion for Approval of Settlement and attached Confidential Joint Stipulation of Settlement and Release and Declaration of Plaintiff's counsel regarding settlement. The grounds justifying this Motion are set forth in the accompanying memorandum.

Respectfully submitted,

/s/ Hans A. Nilges
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
Nilges Draher LLC
7266 Portage St., N.W.
Suite D
Massillon, OH 44646
330.470.4428
330.754.1430 (FAX)
Email: hans@ohlaborlaw.com
sdraher@ohlaborlaw.com

*Attorneys for Plaintiff*

## **MEMORANDUM IN SUPPORT**

The parties reached an agreement to resolve any and all claims Plaintiff may have against Defendant, including claims under the Fair Labor Standards Act (the "FLSA"). Waiver and settlement of FLSA claims requires court approval. A material term of the parties' agreement is that the terms of the settlement be kept confidential. In order to effectuate that material term, the parties' Joint Motion for Approval of Settlement and Confidential Joint Stipulation of Settlement and Release need to be filed under seal. In light of the parties' agreement regarding confidentiality, Defendant does not oppose this Motion.

Accordingly, Plaintiff respectfully requests that the Court grant this Motion pursuant to Local Rule 5.2 and issue and Order permitting the parties to file the Joint Motion for Approval of Settlement, including its attached Confidential Joint Stipulation of Settlement and Release and Plaintiff's counsel's declaration, under seal.

                                            Respectfully submitted,

                                            /s/ Hans A. Nilges
                                            Hans A. Nilges (0076017)
                                            Shannon M. Draher (0074304)
                                            Nilges Draher LLC
                                            7266 Portage St., N.W.
                                            Suite D
                                            Massillon, OH 44646
                                            330.470.4428
                                            330.754.1430 (FAX)
                                            Email: hans@ohlaborlaw.com
                                                                 sdraher@ohlaborlaw.com

                                            *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2017 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Hans A. Nilges
                                              *One of the Attorneys for Plaintiff*